# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA (EASTERN DIVISION)

| | |
|---|---|
| CHRISTIAN AKOUALA, | Case No. 24-CV-12 (NEB/DJF) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| A.G.U. LOGISTICK, COURT OF WORKS. COMP, MAC SCHNEIDER, JUDGE HOCHHALTER, CHRISTINA RUDY, U.S. MARSHAL ND, U.S. MARSHAL MN, and U.S. MARSHAL OK, | |
| Defendants. | |

The Court has received the Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 13.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 13) is ACCEPTED; and

2. Akouala's complaint (ECF No. 1-1) is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 10, 2024  BY THE COURT:

<span style="margin-left: 50%;">s/Nancy E. Brasel<br>Nancy E. Brasel<br>United States District Judge</span>